To: Randy Blazak

From: Dana Fuller, Program Dean

Date: December 20, 2024

RE: Disciplinary Probation

This Disciplinary Probation is a follow-up to the investigatory meeting held on December 9, 2024. You were represented by Kris Fink, Federation Representative. Jackie Sandquist, Sr. People Partner was also present during the meeting. This Disciplinary Probation is being issued for inappropriate comments made to students and use of student photos without their permission.

**Background**

You were hired as a part-time Sociology Instructor in January 2018. In your role as a Sociology Instructor, you are to create structure for students in your classes which includes quality instruction, prompt and thorough feedback on their work, and support along their journey as a PCC student. To date you received two Written Warnings. On January 9th, 2022 you received a written warning reminding you to refrain from commenting on student's physical appearances and consuming alcohol with students. On March 29th, 2024 you received a written warning against posting captured video lectures where you are seen drinking alcohol and referencing drinking alcohol while teaching.

**Current Situation**

In the December 9, 2024 investigatory meeting we discussed concerns forwarded by students enrolled in your winter 2024 SOC 204 and SOC 206 courses including: comments you made in your class about the election of Donald Trump that were perceived by some students as highly emotional and often unrelated to the course content, a personal blog you shared regarding the election results, and photographing and posting student images to your personal Instagram without their consent.

Students reported that you frequently shared your political opinions, and that they felt your bias often dominated class lectures and interfered with their ability to learn and engage in open dialogue, used their photograph without permission on a personal social media site and sent a politically biased blog to their PCC emails. In the investigatory meeting you acknowledged that you took a photo of students and posted it to your personal Instagram, sent a personal blog to students at the PCC email accounts. You

also emphasized your belief that your comments about the national election were relevant to sociology and the course learning outcomes.

I respect and appreciate when instructors show up with enthusiasm and energy but you did not consider the impact on students by taking photos, and posting them without student permission is a violation of their privacy; sharing personal opinions about the outcome of the election deters students with differing perspectives from engaging in class; and using PCC email to send blogs and personal messages is a violation of PCC policy.

**Expectations**

- You will engage in behavior that is consistent with the College's Standards for Professional Behavior for Employees.
- You will teach all assigned classes in an effective and professional way, including:
  - You will create a classroom environment that is welcoming to all students and refrain from sharing your personal opinions that are considered divisive, political thoughts and personal blogs. Consider the impact of your lesson plans and statements on students whose political, religious, gender, socio-economic identities may differ from the majority in the class. If you make a statement to students or in class that violates the above, or if you have concerns about a statement you made, you will notify me.
  - You will refrain from communicating your personal social media and feelings about the outcome of elections, politicians and instead focus on helping students critically analyze the political situation from a sociological perspective.
  - You will refrain from taking photos of students and using them for personal use. Students must provide permission to have their photos taken and images used. Use of student photos should be related to PCC only and require a media release be signed per FERPA regulations.
- You will maintain professional standards in all behavior and communication involving PCC students and staff, including:
  - You will be mindful of the impact of your joking comments and personal political opinions impact student engagement and learning.

**Summary**

While you have demonstrated a desire to help students, you have not demonstrated that you understand the impact of your comments and jokes on student learning. Students who have different political or personal values and beliefs have stated that

your inappropriate statements are not conducive to a positive learning environment. Your failure to address the impact on students has resulted in some students being unable to engage in your courses. Due to the ongoing concerns in these areas, I am issuing this disciplinary probation.

You are being issued this 90-day disciplinary probation from January 2, 2025 - April 2, 2025. Failure to comply with the expectations in this document may result in more serious discipline, including dismissal. Furthermore, if you are successful in meeting the terms of this probation but fail to sustain improved performance after the probation ends, you will be subject to discipline up to and including dismissal.

Compliance with these expectations must be immediate and sustained. Any future policy violations, failure to follow supervisory directives, and/or meet the performance expectations described above may result in further disciplinary action up to and including dismissal. If no further disciplinary action is issued within the next 18 months, you may request that this discipline be removed from your official personnel file.

In addition, I want to make sure you are aware of the following resources available to you. You can access the Employee Assistance Program (EAP) through Canopy, which offers counseling and other services to support employees. To access the EAP, call or call 1-800-433-2320 or visit my.canopywell.com. Access Code: OEBB. If you have any questions about this Disciplinary Probation outlined above, please contact me immediately, and we will schedule a meeting to discuss your questions.

Cc:

- Jackie Sandquist, Senior People Person
- Kris Fink, Federation Rep