TO: Randy Blazak
FROM: Dana Fuller
DATE: September 18, 2025
RE: Notice of Dismissal

This notice serves as the official notification of the final decision to terminate your employment with Portland Community College, effective 9/18/25 due to serious and ongoing concerns regarding your failure to meet PCC's Standards for Professional Behavior and your failure to follow repeated directives which were discussed in investigatory meetings on August 20 and 22, 2025 and the Loudermill meeting on September 12, 2025. You were represented by Federation Representatives Courtney Bailey and Kris Fink. Jackie Sandquist from People Strategy Equity and Culture was also present. This action is in accordance with Article 22.4 of the FFAP Agreement which outlines unprofessional conduct, specifically a flagrant disregard of the College's Standards for Professional Behavior.

## Background and Progressive Discipline

You were hired as a part-time Sociology Instructor in January 2018. Over your employment, you have received multiple assessments, warnings, and directives aimed at correcting your behavior and teaching methods.

- May 2018 Assessment: You were advised to use in-class assessments, relate course content to students' lives, and provide more specific instructions for assignments and exams.
- March 2024 Written Warning: Following student complaints that you posted captured video lectures drinking alcohol and referenced drinking alcohol while teaching, you were directed to update your lectures to include class discussions and stop joking about alcohol or substance use in your recorded or live class sessions.
- December 2024 Disciplinary Probation: You received this warning after students reported that you sent your personal blog to their emails and your personal political opinions and biases dominated lectures, interfered with their learning, and created an unwelcome environment. You were directed to abide by the College's Standards for Professional Behavior. You were also directed to stop using students' photographs without permission and to refrain from sharing personal blogs or promoting your social media accounts.
- June 2025 Assessment: You were instructed to reduce the length of personal stories and political opinions, incorporate more time for class discussion, and avoid condescending behavior. You were also reminded to follow FERPA rules to protect student privacy. You met with me on June 18, 2025, and acknowledged these expectations.

## Current Concerns and Continued Violations

Despite the feedback and directives mentioned above, student complaints from Summer 2025 courses indicate that you have continued to violate the college's Standards For Professional Behavior and failed to follow directives.

Failure to Meet Standards for Professional Behavior:

Students reported that your classes are "a one-man podcast of your opinions" and that you do not allow time for discussion. They expressed that your teaching style is insensitive, cavalier, and lacks effective instruction on critical sociological concepts. Specific examples from your recorded lectures include:

- July 17, 2025: You made a sexually inappropriate comment while providing a "rape trigger warning," stating, "If you're a fan of Game of Thrones. You'll be okay. Awesome. I love rape but I'm assuming that most of you don't."
- July 10, 2025: During a lecture on cultural transformation, you made sexually explicit and demeaning comments, including asking students if "fisting" was the new "second base" and engaging in an offensive line of questioning about inserting IUDs. You also referenced being asked to be on a rap record and questioned if the "song [is] about raping and killing your mother?"
- July 31, 2025: You made highly political and biased statements, calling Donald Trump a threat to the U.S. and stating, "If you're a Nazi, then you can fuck off," while putting your middle fingers up on camera.

During our investigatory meetings on August 20 and 22, 2025, you acknowledged making these statements and stated that you use humor to provoke a reaction and engage students. You also claimed that your speech was protected under academic freedom. Article 13.2 on Academic Freedom states that Faculty shall not persist in introducing material that has no relation to the subject. Your comments are not protected under academic freedom and were disrespectful, offensive, and unrelated to the course curriculum.

Failure to Follow Directives:

You were explicitly directed to refrain from promoting your personal social media accounts. However, you continued to do so in your Summer 2025 lectures:

- June 26, 2025: You stated, "I'm kidding. I'm not promoting myself, I've been told not to promote myself," immediately after referencing watching you on TikTok.
- July 17, 2025: You leaned into the camera to promote your TikTok account and later mentioned having 120,000 followers on Instagram.
- July 24, 2025: You told students to follow your Instagram channel "if you want to know what I really think about shit."

Despite your acknowledgement in the investigatory meetings that you were told not to promote yourself, you stated that you were "trying to find ways to reach this generation" and that you may have misunderstood the directive.

Loudermill Meeting - September 12, 2025

On Friday September 12th we held a Loudermill meeting. Kris Fink and Courtney Bailey were your FFAP representatives. Jackie Sandquist was present from PSEC. In the meeting you highlighted your successes over your 35 year career teaching sociology. In response to the ongoing concerns about your instructional practices you:

- Read and later emailed a statement regarding your commitment to your students.
- Acknowledged receiving discipline directing you to update your curriculum, abide by PCC's Standards for Professional Behavior and to stop promoting your social media.
- Stated that, "I just got super lazy" but I'm working on it in response to why you haven't updated your curriculum and removed unprofessional comments from your videos.
- Stated that you hadn't updated your videos because you needed a new laptop and that you were asking students which videos were the most outdated, despite being offered the Zoom room and a cubicle on campus on July 25, 2025.
- Lastly, you requested that the context for the summarized inappropriate statements be provided.

In reviewing the documentation you provided, I have determined that you have not demonstrated that you will abide by the directives. I do not find your need for a new laptop explanation to be a credible reason for not updating your curriculum. Per FFAP Article 34 PCC provides PT faculty with work spaces additionally our department has a designated "Zoom Room" which is equipped with multimedia resources for updating instructional materials. You have been made aware of this resource in department communications. Lastly, your content is your responsibility, it is not appropriate to ask your students to notify you if your content needs to be updated. Per your request the transcripts of your unprofessional and inappropriate statements are attached.

## Conclusion

All of the information you provided in the investigatory meetings and the Loudermill meeting has been fully considered. Your persistent failure to abide by the PCC's Standards for Professional Behavior and to follow directives, including refraining from promoting your social media accounts and updating your materials, incorporating class discussions, demonstrates a pattern of unprofessional behavior and a lack of accountability. Your lectures continue to include provocative, offensive, and inappropriate content, and you have failed to address the impact of your statements on students.

Because of this pattern, PCC no longer has confidence in your ability to perform your instructional duties in a professional and respectful manner. You are being dismissed in accordance with Article 22.

In accordance with Article 25 in the Faculty and Academic Professional Agreement, you are hereby notified of your right to file a grievance related to this dismissal.

Please contact PCC's Benefits Team at benefits-group@pcc.edu with any questions regarding your benefits. Arrangements will be made for you to collect your personal belongings and return any PCC property.