Portland Community College

Date: October 29, 2025

To: Kris Fink, Contract Administration Officer for Part-time Faculty

From: Dr. Jennifer Ernst, Vice President of Academic Affairs

Subject: Response to Grievance - Step 3, Article 22.4 - Just Cause

On October 8, 2025, the Federation filed a grievance on behalf of Randall 'Randy' Blazak. The grievance meeting took place on October 15, 2025. Bridget Hartman, Senior Labor Partner, and Dr. Jennifer Ernst, Vice President of Academic Affairs, represented the College. Attending on behalf of the Federation were Kris Fink, Contract Administration Officer for Part-time Faculty, Randy Blazak, and Courtney Bailey, Lead Organizer-Contract Enforcement.

**Background:**

The grievance alleges a violation of Article 22.4 - Just Cause Definition, specifically 22.4.1 - Unprofessional conduct, as well as any other applicable articles.

The body of the grievance states, *"On September 18, 2025, the College issued a dismissal notice to PT Sociology Professor, Dr. Randall Blazak. The reasons for the dismissal as summarized by the college are as follows:*

> *Your persistent failure to abide by the PCC's Standards for Professional Behavior and to follow directives, including refraining from promoting your social media accounts and incorporating class discussions. Your lectures continue to include provocative, offensive, and inappropriate content, and you have failed to address the impact of your statements on students.*

*Neither the collective bargaining agreement nor the College's posted Standards for Professional Behavior prohibit the sharing of social media accounts with students. The Standards for Professional Behavior only speak to offensive behavior directed toward staff, students or others. While Dr. Blazak's lecture content may, indeed, have been provocative, that provocation was set within the context of engaging students in the content and the course. Further, Dr. Blazak has repeatedly affirmed his support for students and his commitment to working to ensure his classroom is a safe space for all students. Dr. Blazak's termination does not now allow him to address the impact of his statements on students or to change his teaching practices that the College finds most problematic nor did the College provide Dr. Blazak with professional development opportunities or sustained mentoring to address these issues.*

Mr. Blazak began his career at PCC in January 2018 as a Part-time Sociology Instructor.

## Grievance Response

Following a review of the relevant language in Article 22 of the FFAP Agreement and Mr. Blazak's comprehensive disciplinary record, I support the termination of his employment.

Mr. Blazak has a sustained pattern of failing to adhere to college standards and follow directives, culminating in severe misconduct during the Summer 2025 term. This pattern includes:

- **Failure to Meet Standards for Professional Behavior:** Multiple instances of highly offensive, sexually explicit, and politically biased comments in his lectures. The College's Standards for Professional Behavior address unprofessional and inappropriate conduct, and the Disciplinary Probation outlines professional teaching practices. It included an expectation that Mr. Blazak consider the impact of lesson plans and statements on students, as well as being aware of any joking conduct that may impact students.
- **Failure to Follow Directives:** Despite written prior directions not to promote personal social media, Mr. Blazak continued to promote his personal social media in lectures.
- **Failure to Update Curriculum:** Mr. Blazek had been directed to update his curriculum, and acknowledged "super laziness" and lack of progress in doing so, despite repeated warnings and the provision of necessary resources.

### Pattern of Misconduct

Mr. Blazak's employment history is marked by repeated corrective actions that have failed to resolve his conduct issues and need to improve instruction so that all students may benefit from it:

| Date | Corrective Action & Directives Issued |
|---|---|
| **May 2018** | **Assessment:** Advised to improve pedagogy (use in-class assessments, relate content to students' lives, and provide specific instructions). |
| **March 2024** | **Written Warning:** Directed to update lectures with class discussions and stop joking about alcohol/substance use in class after student complaints about his drinking in recorded lectures. |
| **December 2024** | **Disciplinary Probation:** Directed to abide by Standards for Professional Behavior, stop sharing personal political opinions, and refrain from sharing personal blogs/promoting social media after complaints that his bias dominated lectures. |
| **June 2025** | **Assessment:** Instructed to reduce personal stories/political opinions, increase class discussion, avoid condescending behavior, and follow FERPA rules. |

## Recent Violations (Summer 2025)

Despite the extensive history and direct instructions, student complaints from Summer 2025 indicate a disregard for college policy and prior warnings.

### *A. Failure to Meet Standards for Professional Behavior*

Student reports describe his classes as "a one-man podcast of [his] opinions" that is "insensitive, cavalier, and lacks effective instruction." Specific, severe examples from recorded lectures include:

- **July 10, 2025:** Made sexually explicit and demeaning comments, including asking students if "fisting" was the new "second base" and an offensive line of questioning about inserting IUDs. Mr. Blazak acknowledged that this was unnecessarily crude humor.
- **July 17, 2025:** Made a sexually inappropriate comment while giving a "rape trigger warning," stating, "I love rape, but I'm assuming that most of you don't."
- **July 31, 2025:** Made highly political and biased statements, calling Donald Trump a threat and stating, "If you're a Nazi, then you can fuck off," while putting his middle fingers up on camera for all students to observe.

His claim that these comments are protected under Academic Freedom (Article 13.2) is unwarranted, as the material is disrespectful, offensive, and unrelated to the subject matter. These comments amount to derogatory behavior, profanity, and unprofessional/inappropriate conduct as defined in the college's policies and conflict with prior disciplinary expectations.

***B. Failure to Follow Directives***

He was explicitly directed to refrain from promoting his personal social media accounts, yet he continued to do so in multiple Summer 2025 lectures:

- **June 26, 2025:** Referenced watching him on TikTok.
- **July 17, 2025:** Leaned into the camera to promote his TikTok account and mentioned his 120,000 Instagram followers.
- **July 24, 2025:** Told students to follow his Instagram channel "if you want to know what I really think about shit."

During investigatory meetings, he acknowledged the policy and directives but claimed he was "trying to find ways to reach this generation" or may have misunderstood.

***C. Failure to Remediate***

Mr. Blazak failed to make the required updates to his curriculum and remove unprofessional video comments, an omission he explained at the September 12, 2025, Loudermill Hearing by stating, "I just got super lazy." This statement reflects a disregard for taking corrective action, especially since he had been provided the necessary resources, including a Zoom room and cubicle, in the summer of 2025.

**Conclusion**

The grievance is denied. There was no violation of the FFAP Agreement. The College adhered to the procedures outlined in Article 22 – Discipline and Dismissal.

Per Article 25.4 of the 2023-2027 Faculty/AP Agreement, if you believe the grievance has not been resolved, the grievance may be submitted to binding arbitration by notifying Kelly Schwartz, Director of Labor Relations, within 15 business days after receipt of this response.

*.cc* *Kelly Schwartz, Director of Labor Relations*
*Bridget Hartman, Senior Labor Partner*
*Randy Blazak, Grievant*
*Courtney Baily, Lead Organizer-Contract Enforcement*